.  ι

# UNITED STATES DISTRICT COURT FOR THE

## MIDDLE DISTRICT OF LOUISIANA

**RON CORMIER**                                    **JUDGE DALBY**

**VERSUS**

**AMITECH U.S.A., LTD., WILLIAM
McCANN, HARTMUT LUDWIG,**              **CIVIL ACTION NO. 03-753-C-M3**
**SAUDI ARABIAN AMIANTIT
COMPANY, and THE SAUDI ARABIAN
MANAGEMENT FOR
INTERNATIONAL OPERATIONS
("SAMIO")MAGISTRATE**                          **JUDGE TYSON**

## PRELIMINARY INJUNCTION

The Court, having considered the application of Plaintiff-in-counterclaim Amitech U.S.A.,

LLC, successor to Amitech U.S.A., Ltd., formerly Amitech America, Ltd. ("Amitech") for a

preliminary injunction, the evidence and argument heard by the Court on September 1, 2004, and

the pertinent authorities, finds that the application has merit and should be GRANTED.

ACCORDINGLY, IT IS HEREBY ORDERED that Ron Cormier, Defendant-in-

Counterclaim, immediately return to Amitech all documents, including electronic documents, of

Amitech or its affiliates, or that concern the business affairs of Amitech or its affiliates, obtained by

Ron Cormier during his employment by Amitech, that are within the possession, custody or control

of Ron Cormier and his agents, servants, employees, and attorneys, and all persons in active concert

with or participation with him.

IT IS FURTHER ORDERED that Ron Cormier immediately return to Amitech all

documents, including electronic documents, that have been copied, taken, or otherwise derived from

documents containing information concerning the business affairs of Amitech or its affiliates,

BR:389983.2

obtained by Ron Cormier during his employment by Amitech or from any such information verbally imparted by Ron Cormier. This provision extends to and includes all such documents or electronic documents that are within the possession, custody or control of Ron Cormier and his agents, servants, employees, and attorneys, and all persons in active concert with or participation with him.

IT IS FURTHER ORDERED that Ron Cormier, within seven (7) days of the issuance of this Preliminary Injunction, provide to counsel for Amitech an accounting of all documents and information relating to the business affairs of Amitech, or its affiliates, obtained by Ron Cormier during his employment by Amitech that Ron Cormier retained following his termination by Amitech and an accounting of all information relating to the business affairs of Amitech, or its affiliates, obtained by Ron Cormier during his employment by Amitech that Ron Cormier has disseminated or revealed to any other person. This accounting shall include the identity of any and all persons to which such information has been disseminated or revealed; the dates, times, and locations of such dissemination or revelation; and the particular documents or information disseminated or revealed.

IT IS FURTHER ORDERED that Ron Cormier, and his agents, servants, employees, and attorneys, and all persons in active concert with or participation with him, shall not make any further revelation or dissemination of any documents or information concerning the business affairs of Amitech or its affiliates, obtained by Ron Cormier during his employment by Amitech or information derived from or traceable to such documents or information.

IT IS FURTHER ORDERED, that nothing in this Preliminary Injunction shall be construed or interpreted to prevent the acquisition or use of information from Ron Cormier by any person pursuant to legal process, including subpoenas or discovery requests issued or propounded pursuant to litigation pending in any court of any State or the United States. Additionally, nothing in this Preliminary Injunction shall be construed or interpreted to prevent, hamper, or hinder the right of

BR:389983.2                                        2

Ron Cormier to communicate openly and freely with his legal counsel concerning the prosecution or defense of any claim in any litigation in which Ron Cormier is a named party. Provided, however, that prior to responding to any legal process seeking the disclosure of information concerning the affairs of Amitech or its affiliates, in any litigation in which Amitech is not a party, Ron Cormier shall provide written notice of such legal process and prospective disclosure to Amitech at least ten (10) days prior to such disclosure.

IT IS FURTHER ORDERED that Amitech shall not be required to post a bond.

A copy of this Preliminary Injunction shall be mailed to counsel for all parties who shall have the responsibility of notifying their respective clients that the Preliminary Injunction has been issued.

Baton Rouge, Louisiana, this __8th__ day of ~~October, 2004~~ July, 2008.

RALPH TYSON, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA